IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KAILIN WANG,<br><br>  Defendant. | ORDER AMENDING CONDITIONS OF<br>PRETRIAL RELEASE<br><br><br>Case No. 2:24-cr-163 TS |

This matter is before the Court on Defendant Kailin Wang's Motion to Amend Conditions of Pretrial Release, filed October 17, 2024. Upon consideration of the Motion and that the government and pretrial services do not oppose the Motion, and for good cause appearing, the Court grants the Motion and removes the drug/alcohol-testing condition of Ms. Wang's pretrial release.

DATED this 22nd day of October, 2024.

BY THE COURT:

_____
Honorable Ted Stewart
United States District Judge