Kailin Wang
2481 Fairway Dr.
Spanish Fork, Utah 84660
801-787-9755
kaywg2372@gmail.com

FILED
2026 MAY 14
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br><br>**KAILIN WANG**,<br><br>Defendant. | **AMENDED MOTION TO SEAL EXHIBIT D & E ONLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR LIMITED PERMISSION TO TRAVEL TO DENMARK**<br><br><br>Case No. 2:24-cr-00163-TS<br><br>Judge Ted Stewart |

Defendant Kailin Wang respectfully moves to file **Exhibit D&E only** under seal.

Exhibit E contains materials relating to private family-court proceedings, including sensitive information involving a minor child and foreign custody litigation. These materials are submitted only because they are relevant to the Court's assessment of the Government's opposition to Ms. Wang's limited travel request. They are not offered for public dissemination, and public filing is unnecessary to resolve the pending motion.

The Government itself recently requested sealing of Denmark-related family-court exhibits attached to its opposition, explaining that those materials concern family-court matters in Denmark, may not be publicly accessible, and should be sealed "out of an abundance of caution and out of respect for Danish court proceedings." ECF 228 Motion to Seal. The same reasoning applies here with even greater force because Exhibit E concerns sensitive family-court and child-related matters.

Ms. Wang does **not** seek to seal the entire reply brief or all exhibits. This request is narrowly limited to **Exhibit D& E only**. The reply brief and non-sensitive exhibits may remain publicly filed or filed in redacted form as appropriate. Sealing Exhibit E is therefore narrowly tailored to

protect privacy, child-related information, and the integrity of ongoing foreign family-court proceedings while preserving public access to the substance of the parties' arguments.

For these reasons, Defendant respectfully requests that the Court permit **Exhibit D& E** to be filed under seal.

Respectfully submitted,

Date: May 14, 2026

/s/ Kailin Wang
Kailin Wang
Defendant, Pro Se